FILED
5/6/2020 7:56 AM
CHERYL COCHRAN-WILSON, CLERK
BY _____ D.C.

## IN THE CIRCUIT COURT OF UNION COUNTY ARKANSAS
## CIVIL DIVISION

**ELIZABETH AND JOHN T. BARRETT**                                    **PLAINTIFFS**

**VS.**                           70CV-20-__135__ - __6__

**FOREMOST INSURANCE GROUP AND**
**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA**    **DEFENDANTS**

### COMPLAINT FOR DAMAGES

**COMES NOW,** Plaintiff's, Elizabeth and John T. Barrett by and through their attorney, F. Mattison Thomas, III, and for this their Complaint and Breach of Contract against the defendants does hereby state and allege the following:

1. The plaintiffs are residents of Union County, Arkansas and have been for more than sixty (60) days prior to the filing of this action. The plaintiffs who are husband and wife resided at 237 Union Road 804, El Dorado, Arkansas on or about December 24, 2018, through the time of this complaint.

2. Defendant, Foremost Insurance Group is an insurance company authorized to do business in the State of Arkansas who provided insurance on the dwelling and contents at 237 Union Road 804, El Dorado, Arkansas on or about December 24, 2018, through policy number 0922716911.

3. American Bankers Insurance Company of Florida is an insurance company authorized to do business in the State of Arkansas who provided coverage

under policy number 21H0058411 on December 24, 2018, at which time a total fire loss occurred to the residence of 237 Union Road 804, El Dorado, Arkansas.

4. The plaintiffs paid premiums to both defendants for fire damage coverage of the dwelling and the contents. The plaintiffs made a claim against the policy for a total loss of dwelling and contents. Such losses exceeded the maximum policy amount and therefore are covered by the Arkansas Value Policy Law. The defendants have denied coverage.

5. Under the Arkansas Value Policy Law the plaintiffs are entitled to the entirety of said coverage if there exist no proof that the fire was intentionally set by the plaintiffs or someone at their direction. To date, after all investigations have been concluded, there is no proof which has been presented of the plaintiffs causing to be set at the hands of another the fire which resulted in the total loss.

6. The plaintiffs are entitled to recover the entirety of the value of the policies from the defendants to make them whole for the loss suffered in the insured fire.

7. The plaintiffs are entitled to interest at the legal rate from the date of the first claim, for attorney fees for having to bring this breach of contract action and cost of litigation.

8. The plaintiffs demand a trial by jury.

**WHEREFORE, PREMISES CONSIDERED**, the plaintiff's pray that this Court enter a judgment against the defendants for damages in an amount of that which is excess required for diversity jurisdiction, their attorney fees, costs to pursue such litigation and any and all other relief this Court deems just and proper.

_____
F. Mattison Thomas, III
Attorney at Law
103 East Main, Suite D
El Dorado, Arkansas 71730
Telephone: (870) 881-8468
Facsimile: (870) 881-8416
AR Bar # 2002-007