IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ELIZABETH BARRET
and JOHN T. BARRET                                                                    PLAINTIFFS

v.                                              Case No. 1:20-cv-01025

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN; and
AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA                                                                    DEFENDANTS

## **ORDER**

Before the Court is Plaintiffs' Motion to Dismiss Case. ECF No. 24. Defendants responded in support of Plaintiffs' motion. ECF No. 25. The Court finds the matter ripe for consideration.

Plaintiffs seek to nonsuit the action without prejudice. According to Federal Rule of Civil Procedure 41(a)(2), "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

Upon consideration, the Court finds that good cause exists for granting Plaintiffs' motion. Defendants have clearly signaled that they are unopposed to the instant motion. Accordingly, Plaintiffs' motion (ECF No. 24) is hereby **GRANTED**. Plaintiffs' claims in this case are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge